## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LO DAI PING, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| vs. | )    Case No. CIV-26-646-R |
| | ) |
| UNITED STATES DISTRICT COURT, | ) |
|  et al., | ) |
| | ) |
|       Respondents. | ) |

## <u>ORDER</u>

This matter comes before the Court for review of a Report and Recommendation [Doc. No. 9] issued by United States Magistrate Judge Chris M. Stephens. Judge Stephens recommends that Respondents' Motion to Dismiss be denied and Respondents be ordered to file a Response to Petitioner's Petition for Writ of Habeas Corpus. Respondents filed a timely objection which requires this Court to conduct a de novo review of those portions of the Report to which a specific objection is made.

Respondents seek dismissal of the Petition pursuant to Fed. R. Civ. P. 12(b)(6), contending the Petition's vague statutory challenges and threadbare allegations make it "impossible" to identify or respond to the claims. Judge Stephens concluded that, liberally construed, it was clear that Petitioner was challenging his detention without a bond hearing under 8 U.S.C. § 1225 and dismissal was not warranted.

In their Objection, Respondents reiterate their argument that the Petitioner's claims are too general and lack the necessary factual support. "An objection that merely reiterates arguments previously presented to the magistrate judge, or that expresses general

disagreement with the recommendation, is insufficient to require de novo review." *Singh v. Grant*, No. CIV-26-279-J, 2026 WL 1035100, at *1 (W.D. Okla. Apr. 16, 2026). But even if the Court engaged in de novo review, the Court agrees with Judge Stephens that the information contained in the Petition is sufficient to provide fair notice of the claims and the grounds upon which they rest. Respondents further contend that Judge Stephens mischaracterized the claims, because Petitioner is not being detained pursuant to § 1225 and his immigration status changed following a criminal conviction. Respondents' ability to make a merits-based argument in opposition to Petitioner's requested habeas relief belies their contention that they are unable to identify or respond to the claims.

Accordingly, upon de novo review, the Court ADOPTS the Report and Recommendation [Doc. No. 9] and DENIES Respondent's Motion to Dismiss [Doc. No. 8]. Respondents are directed to file a Response to the Petition within seven days of the date of this order.

IT IS SO ORDERED this 29th day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE