# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LO DAI PING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-646-R |
| | ) | |
| UNITED STATES DISTRICT | ) | |
| COURT, et al., | ) | |
| | ) | |
| Respondents. | | |

## ORDER

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens [Doc. No. 14] recommending that the Petition be denied. Within the time to file an objection, Petitioner, who is proceeding pro se, filed a letter [Doc. No. 15] requesting that he be granted a bond hearing. The filing of a timely Objection obligates the Court to undertake a de novo review of those portions of the Report to which a specific objection is made. 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3).

Upon de novo review, the Court agrees with Judge Stephens that 8 U.S.C. § 1226(c) governs Petitioner's detention and he is therefore subject to mandatory detention. Petitioner presents no persuasive argument or authority that would cause this Court to depart from Judge Stephens' analysis.

Accordingly, the Report and Recommendation [Doc. No. 14] is ADOPTED in full. For the reasons stated therein, the Petition is denied.

IT IS SO ORDERED this 14th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2